UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| ROBERT VAUGHN BRUCE, #294416 | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-33 |
| | ) | *Judge Jordan* |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC. | ) ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Defendant's motion for summary judgment is **GRANTED** and Plaintiff's § 1983 complaint is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED** as **MOOT**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                    s/ Leon Jordan
                                      United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT